## SLOAT & GREEN *vs.* ALLEN.

Where a *cognovit* is given after notice of executing a writ of inquiry, the plaintiff is entitled to recover no more costs than if the writ of inquiry had been executed.

June 5.    THE plaintiffs noticed their damages to be assessed by a jury on a writ of inquiry, after a default for not pleading. The jury was summoned and attended, when the defendant gave a *cognovit* for the sum claimed, which was less than $250. The plaintiffs accepted the *cognovit*, and taxed their costs at $36. The defendant moved for a re-taxation.

*By the Court*, NELSON, J. The costs must be re-taxed. The plaintiffs are entitled to no more costs than if the writ of inquiry had been executed, viz. $16, and the fees of the officers of the court and actual disbursements. The *cognovit* must be considered as a substitute for the inquisition.